THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NICK LOWRY, on behalf of himself and all others similarly situated, Plaintiff, v. ADDITECH, INC., Defendant. | CASE NO. C19-0241-JCC<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding discovery disputes and deadlines for class certification and summary judgment (Dkt. No. 15). Having thoroughly considered the stipulation and proposed briefing schedule, the Court hereby ORDERS that the deadlines for class certification and summary judgment are as follows:

| **EVENT** | **DATE** |
|---|---|
| Deadline to complete mediation pursuant to LCR 39.1(c): | September 18, 2019 |
| Deadline for Defendant to file motion for summary judgment: | October 31, 2019 |

MINUTE ORDER
C19-0241-JCC
PAGE - 1

| EVENT | DATE |
|---|---|
| Deadline to file opposition to summary judgment: | November 18, 2019 |
| Deadline to file reply in support of summary judgment: | November 22, 2019 |
| Deadline to file motion for class certification and serve Plaintiff's expert disclosures and reports: | February 14, 2020 |
| Deadline for Defendant to depose Plaintiff's experts: | March 6, 2020 |
| Deadline to file opposition to motion for class certification and serve Defendant's expert disclosures and reports: | March 27, 2020 |
| Deadline for Plaintiff to depose Defendant's experts: | April 17, 2020 |
| Deadline to file reply in support of motion for class certification and serve Plaintiff's rebuttal reports: | April 24, 2020 |

The parties may request a status conference for setting additional case deadlines after the Court rules on Plaintiff's motion for class certification.

    The Court further ORDERS that any discovery disputes requiring court intervention shall be submitted by the parties via the expedited joint motion procedure set forth in W.D. Wash. Local Civil Rule 37(a)(2) or, in the alternative, by jointly requesting an expedited ruling by telephone conference.

    DATED this 18th day of June 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk